Brenda E. Dews

10114 Campus Way Apt 102

Upper Marlboro, MD  20774

Subject: Complaint of Unlawful Employment Termination

I believe I was subjected to unlawful employment discrimination based on my age (3/1948) and disability (back impairment) when on December 24, 2025, my manager Christopher Austin told me in front of four (4) other staff members (Lessly, Dawn, Jhennifer, and Carolyn) that he was hiring a part-time person for me to train and that would help me. The new hire, Yvonne Johnson, reported on Friday, January 2, 2026, at approximately 10:00am.

When I arrived to work on the morning of Monday, January 5, 2026, my co-worker, Carolyn Johnson, told me that my manager (Christopher Austin) wanted to see me in his office.  Once I arrived in his office, he brought Trinita Chiles into his office and told me that he was terminating me.  I asked him what did he say out of disbelief and he said that I was fired.  I asked "why" and "why me"?  He said that he was making staff cuts and he did not have another position for me. I explained that I was the most senior staff in the department with the most tenured seniority.

However, on that same day (January 5, 2026) of terminating me, he hired another full-time person from our neighboring dealership (Chrysler/Dodge/Ram) in addition to the new hire that he brought for which I trained who replaced me, yet he was terminating me due to downsizing (a clear contradiction by Christopher Austin).

Again, I believe that I was unlawfully terminated and discriminated against based on my age and disability when Ourisman Hyundai/Genesis of Bowie terminated me.  During my tenure (two and a half years) with Ourisman Hyundai/Genesis, I have never had any misconduct or performance issues or been reprimanded. I have always been an exemplary employee and consummate professional in providing the best customer service, courtesy, and respect to all the customers, my colleagues, and manager. I have never been late except on a couple of occasions' when I had doctor appointments where I reported to work just a few minutes outside of my scheduled time, in which I notified my manager well in advance and received approval. I was dependable and performed my duties in an exemplary manner.

Signature of Complainant/Plaintiff:

Date: January 14, 2026